Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)*: _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Advanced Precision Manufacturing, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 03-0393971 |
| 4. | Debtor's address | **Principal place of business**<br><br>**2301 Estes Avenue**<br>**Elk Grove Village, IL 60007**<br>Number, Street, City, State & ZIP Code<br><br>**Cook**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. **Specify:** _____ |

Debtor  **Advanced Precision Manufacturing, Inc.**    Case number (if known) _____
Name

7. Describe debtor's business    A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. Under which chapter of the Bankruptcy Code is the debtor filing?    *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____    When _____    Case number _____
   District _____    When _____    Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____    Relationship _____
    District _____    When _____    Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor  __Advanced Precision Manufacturing, Inc.__     Case number (if known) _____
        Name

| | | |
|---|---|---|
| 11. | Why is the case filed in this district? | Check all that apply: |
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ■ No
   ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (Check all that apply.)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?**    _____
                                 Number, Street, City, State & ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes.  Insurance agency _____
            Contact name    _____
            Phone           _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

    Check one:
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    | | | |
    |---|---|---|
    | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
    | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
    | ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
    | ☐ 200-999 | | |

15. **Estimated Assets**

    | | | |
    |---|---|---|
    | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

16. **Estimated liabilities**

    | | | |
    |---|---|---|
    | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 23, 2017
              MM / DD / YYYY

X _/s/ Tadeusz Kozlowski_
Signature of authorized representative of debtor

Tadeusz Kozlowski
Printed name

Title  **President**

**18. Signature of attorney**

X _/s/ David K. Welch_
Signature of attorney for debtor

Date  June 23, 2017
      MM / DD / YYYY

DAVID K. WELCH
Printed name

Crane, Heyman, Simon, Welch & Clar
Firm name

Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
Number, Street, City, State & ZIP Code

Contact phone  312-641-6777      Email address

06183621
Bar number and State

Fill in this information to identify the case:

Debtor name: **Advanced Precision Manufacturing, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 23, 2017       X */signature/*
                                  Signature of individual signing on behalf of debtor

                                  **Tadeusz Kozlowski**
                                  Printed name

                                  **President**
                                  Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **Advanced Precision Manufacturing, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ALRO STEEL CORPORATION<br>4501 JAMES PLACE<br>Melrose Park, IL 60160 | | | | | | $7,256.50 |
| AM Castle & Co<br>13843 Collections Center Dr.<br>Chicago, IL 60693 | | | | | | $9,121.12 |
| BRADISH ASSOCIATES, LTD.<br>215 N. ARLINGTON HTS. RD.<br>Arlington Heights, IL 60004 | | | | | | $10,506.00 |
| CALUMET SURFACE HARDENING<br>6805 McCOOK AVENUE<br>Hammond, IN 46323 | | | | | | $15,561.00 |
| Chase<br>PO Box 9001022<br>Louisville, KY 40290-1022 | | | | | | $44,316.46 |
| COLMAR INDUSTRIAL SUPPLIES, LLC<br>890 LIVELY BLVD.<br>Elk Grove Village, IL 60007 | | | | | | $8,035.80 |
| COMMONWEALTH EDISON<br>PO BOX 6111<br>Carol Stream, IL 60197-6111 | | | | | | $10,554.06 |

Debtor **Advanced Precision Manufacturing, Inc.**  Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim   If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **COPPER & BRASS SALES INC**<br>**P.O. BOX 2625**<br>**Carol Stream, IL 60132-2625** | | | | | | $5,366.67 |
| **DELTA CENTERLESS GRINDING**<br>**9220 W. Chestnut Ave.**<br>**Franklin Park, IL 60131-3014** | | | | | | $5,188.90 |
| **EARLE M. JORGENSEN CO-CHICAGO**<br>**75 REMITTANCE DRIVE**<br>**Suite 6477**<br>**Chicago, IL 60675-6477** | | | | | | $26,157.90 |
| **GENERAL CUTTING TOOLS INC.**<br>**6440 N. RIDGEWAY AVE**<br>**Lincolnwood, IL 60712** | | | | | | $7,876.95 |
| **GIS Rolling LLC**<br>**c/o Darwin Asset Management Co.**<br>**970 N. Oak Lawn Ave., #100**<br>**Elmhurst, IL 60126** | | | | | | $43,875.00 |
| **LIVINGSTONE TOOL COMPANY**<br>**1546 N. OAKMONT DRIVE**<br>**Vernon Hills, IL 60061** | | | | | | $43,382.00 |
| **METALS TECHNOLOGY CORPORATION**<br>**120 NORTH SCHMALE RD**<br>**Carol Stream, IL 60188** | | | | | | $11,046.10 |
| **MMB MACHINING TECHNOLOGY, INC.**<br>**1250 JARVIS AVE**<br>**Elk Grove Village, IL 60007** | | | | | | $10,500.00 |

Debtor **Advanced Precision Manufacturing, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **MSC INDUSTRIAL SUPPLY CO.,INC** <br> PO BOX 953635 <br> Saint Louis, MO 63195-3635 | | | | | | $33,604.01 |
| **On Deck Capital** <br> 901 N. Stuart St., #700 <br> Attn: Director of Operations <br> Arlington, VA 22203 | | | | | | $45,926.57 |
| **QUALITY CASTINGS (R2)** <br> 1908 MACARTHUR ROAD <br> Waukesha, WI 53188 | | | Disputed | | | $54,995.11 |
| **QUANTUM LASER MARK** <br> 830 SETON CT <br> Wheeling, IL 60090 | | | | | | $5,532.80 |
| **RLM INDUSTRIES, INC** <br> PO BOX 505 <br> Oxford, MI 48371 | | | | | | $7,041.00 |

# United States Bankruptcy Court
## Northern District of Illinois

In re **Advanced Precision Manufacturing, Inc.** Case No.
Debtor(s)     Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **104**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **June 23, 2017**

*[signature]*
**Tadeusz Kozlowski/President**
Signer/Title

A-1 Air Compressor Corp
679 Winthrop Ave
Addison, IL 60101-4491

AM Castle/Co
13513 Collections Center Dr
Chicago, IL 60693

Christopher Kozlowski
c/o Advanced Precision Mfg
2301 Estes Avenue
Elk Grove Village, IL 60007

A.R. SOLTIS & CO.,INC
34443 INDUSTRIAL RD
Livonia, MI 48150

AMADA MACHINE TOOLS AMERICA, INC
3729 SOLUTION CENTER
Chicago, IL 60677

CLC LUBRICANTS
0N902 OLD KIRK RD
PO BOX 764
Geneva, IL 60134-0764

ABSOLUTE MACHINE TOOLS, INC.
2475 MILLENNIUM DRIVE
Elgin, IL 60124

Belmont Plating Works
9145 King Street
Franklin Park, IL 60131

CNC SERVICES, INC.
1235 HUMBRACHT CIRCLE
UNIT H
Bartlett, IL 60103

Accent Metal Finishing
9331 West Byron
Schiller Park, IL 60176

Bogumila Kozlowski
c/o Advanced Precision Mfg
2301 Estes Avenue
Elk Grove Village, IL 60007

COLMAR INDUSTRIAL SUPPLIES, LL
890 LIVELY BLVD.
Elk Grove Village, IL 60007

Add Tool & Saw Grinding Co
10136A PACIFIC AVE
Franklin Park, IL 60131

Bogumila Kozlowski
413 Jason Ave.
Schaumburg, IL 60173

COLOR METALS INC.
2742 W HADDON
Chicago, IL 60622

Addison Building Material Co
3201 S. Busse Rd
Arlington Heights, IL 60005

BONDCOTE CORPORATION
4090 PEPPERELL WAY
Dublin, VA 24084

COMCAST BUSINESS
1585 WAUKEGAN RD
Waukegan, IL 60085-6727

AIRGAS NORTHCENTRAL
1601 NICHOLAS BLVD.
Elk Grove Village, IL 60007

BRADISH ASSOCIATES, LTD.
215 N. ARLINGTON HTS. RD.
Arlington Heights, IL 60004

COMMONWEALTH EDISON
PO BOX 6111
Carol Stream, IL 60197-6111

ALL-WAYS FASTENERS, INC.
1000 INDUSTRIAL DR.
UNIT 2-D
Bensenville, IL 60106

BUFFALO FELT PRODUCTS
14 RANSIER DR.
North Tonawanda, NY 14120

COPPER & BRASS SALES INC
P.O. BOX 2625
Carol Stream, IL 60132-2625

Alloyweld Inspection Co, Inc
796 Maple Lane
Bensenville, IL 60106

CALUMET SURFACE HARDENING
6805 McCOOK AVENUE
Hammond, IN 46323

D. B. ROBERTS CO.
W188N11927 MAPLE RD.
UNIT 12
Germantown, WI 53022

ALRO STEEL CORPORATION
4501 JAMES PLACE
Melrose Park, IL 60160

Chase
PO Box 9001022
Louisville, KY 40290-1022

DELTA CENTERLESS GRINDING
9220 W. Chestnut Ave.
Franklin Park, IL 60131-3014

| | | |
|---|---|---|
| DELUXE<br>PO BOX 88042 | FIRST INSURANCE FUNDING<br>PO BOX 7000<br>Carol Stream, IL 60197-7000 | HERITAGE INDUSTRIAL FINISHING<br>1874 ENGLEWOOD AVE<br>Akron, OH 44312 |
| DGI SUPPLY - A DOALL COMPANY<br>4436 Paysphere Circle<br>Chicago, IL 60674 | FLOW INTERNATIONAL CORP<br>PO BOX 749647<br>Los Angeles, CA 90074-9647 | HPL STAMPINGS, INC<br>425 ENTERPRISE PARKWAY<br>Lake Zurich, IL 60047 |
| DOMESTIC UNIFORM<br>4131 N. RAVENSWOOD AVE<br>Chicago, IL 60613 | FPM HEAT TREATING, INC<br>4753 SOLUTIONS CENTER<br>LBX# 774753<br>Chicago, IL 60677-4007 | INLAND BROACHING/UCA GROUP<br>412 N. STATE STREET<br>Elgin, IL 60123 |
| DORAN SPECIALTIES<br>22855 Savi Ranch Pkwy.<br>UNIT D<br>Yorba Linda, CA 92887 | GENERAL CUTTING TOOLS INC.<br>6440 N. RIDGEWAY AVE<br>Lincolnwood, IL 60712 | INTERNATIONAL WATERJET PARTN<br>PO BOX 74008444<br>Chicago, IL 60674-8444 |
| DYNAMIC COATINGS, INC<br>691 PARKWOOD AVENUE<br>Romeoville, IL 60446 | GIANT FINISHING, INC.<br>263 RICHERT RD<br>Wood Dale, IL 60191 | JADE-STERLING STEEL CO., INC.<br>PO BOX 1090<br>Twinsburg, OH 44087 |
| EARLE M. JORGENSEN CO-CHICAGO<br>75 REMITTANCE DRIVE<br>Suite 6477<br>Chicago, IL 60675-6477 | GIS Rolling LLC<br>c/o Darwin Asset Management Co.<br>970 N. Oak Lawn Ave., #100<br>Elmhurst, IL 60126 | JET FINISHERS ACQUISTION, LLC<br>136 COMMERCIAL AVE<br>Addison, IL 60101-4491 |
| Elite Tactical Advantage<br>1621 Central Ave.<br>Cheyenne, WY 82001 | GOLDEN GRAPHICS<br>701 SUFFOLK PL<br>Streamwood, IL 60107 | KELLER-HEARTT OIL<br>4411 SOUTH TRIPP AVE<br>Chicago, IL 60632-4320 |
| EMULTEC INDUSTRIAL PRODUCTS, INC.<br>1050 VENTURE COURT<br>SUITE 115<br>Carrollton, TX 75006 | GUARDIAN INSURANCE<br>PO BOX 824404<br>Philadelphia, PA 19182-4404 | LIVINGSTONE TOOL COMPANY<br>1546 N. OAKMONT DRIVE<br>Vernon Hills, IL 60061 |
| ERIE INSURANCE COMPANY<br>100 ERIE INSURANCE PLACE<br>Erie, PA 16530-1104 | HARDINGE GROUP<br>PO BOX 608<br>Buffalo, NY 14240 | Machinery Finance Resource, LLC<br>910 Day Hill Road<br>Windsor, CT 06095 |
| EWS WELDING SUPPLY, INC.<br>1161 McCabe<br>Elk Grove Village, IL 60007 | HARTFORD FIRE INSURANCE COMPANY<br>PO BOX 660916<br>Dallas, TX 75266-0916 | MACHINERY FINANCE RESOURCE LL<br>PO BOX 41602<br>Philadelphia, PA 19101-1602 |

MAGNETIC INSPECTION LABORATORY,
1401 GREENLEAF AVE
Elk Grove Village, IL 60007-5536

MULLEN CIRCLE BRAND, INC
PO BOX 8487
Northfield, IL 60093

PROTOPAK ENGINEERING CORPO
1340 EAST HIGGINS ROAD
Elk Grove Village, IL 60007

MALCO SAW CO., INC.
22 FIELD STREET
Cranston, RI 02920

NEW AGE TRANSPORTATION
220 N SMITH STREET
SUITE 102
Palatine, IL 60067

QUALITY CASTINGS (R2)
1908 MACARTHUR ROAD
Waukesha, WI 53188

MCMASTER-CARR SUPPLY CO.
P.O. BOX 7690
Chicago, IL 60682-7690

NICOR GAS
PO BOX 5407
Carol Stream, IL 60197-5407

QUALITY TOOLS & ABRASIVES
605 BONNIE LANE
Elk Grove Village, IL 60007-1911

METALS TECHNOLOGY CORPORATION
120 NORTH SCHMALE RD
Carol Stream, IL 60188

On Deck Capital
901 N. Stuart St., #700
Attn: Director of Operations
Arlington, VA 22203

QUANTUM LASER MARK
830 SETON CT
Wheeling, IL 60090

MID-WEST WIRE SPECIALTIES
4545 WEST CORTLAND
Chicago, IL 60639

OPTA MINERALS INC.
266 ELMWOOD AVE 818
Buffalo, NY 14222

R2 Quality Casting LLC
c/o Thomas C. Hofbauer
249 Pawling Ave., #209
Hartland, WI 53029

Midwest Community Bank
510 Park Crest Drive
Freeport, IL 61032

PARAGON SPRING COMPANY
4435-45 WEST RICE STREET
Chicago, IL 60651

RC INDUSTRIES, INC
1420 NORTH LAMON
Chicago, IL 60651

MIDWESTERN RUST PROOF INC
3636 N KILBOURN AVE
Chicago, IL 60641-3643

PRAXAIR
360 LIVELY BLVD
Elk Grove Village, IL 60007

RELLI TECHNOLOY INC.
1200 S. ROGERS CIRCLE
Boca Raton, FL 33487-5703

MMB MACHINING TECHNOLOGY, INC.
1250 JARVIS AVE
Elk Grove Village, IL 60007

PRECISION CASTINGS OF TENNESSEE
PO Box 8089
Gallatin, TN 37066

RLM INDUSTRIES, INC
PO BOX 505
Oxford, MI 48371

MORRIS MIDWEST
68 CONGRESS CIR W
Roselle, IL 60172

PREMIER TRANSPORTATION & WAREHOUSIN
PO BOX 1321
Long Beach, CA 90801

RYERSON & SON, INC.
24487 NETWORK PLACE
Chicago, IL 60673-1244

MSC INDUSTRIAL SUPPLY CO.,INC
PO BOX 953635
Saint Louis, MO 63195-3635

PROCOM ENTERPRISES, LTD
951 BUSSE RD
Elk Grove Village, IL 60007

SAFETY CONSULTING ENGINEERIN
113 CAMPUS DRIVE
Princeton, NJ 08540

SAI GLOBAL INC.
PO BOX 311116
Detroit, MI 48231

UPS
LOCKBOX 577
Carol Stream, IL 60132-0577

SANFORD CHEMICAL CO, INC
1945 TOUHY AVENUE
Elk Grove Village, IL 60007

VILLAGE OF ELK GROVE
901 WELLINGTON AVE
Elk Grove Village, IL 60007

SAPORITO FINISHING CO.
PO BOX 7777
Carol Stream, IL 60197-7777

WATER-JET DEPOT
PO BOX 3570
Hickory, NC 28603

SCIENTIFIC METAL TREATING CO.
106 CHANCELLOR DRIVE
Roselle, IL 60172

XPO LOGISTICS, INC.
27724 NETWORK PLACE
Chicago, IL 60673-1277

SUNNEN PRODUCTS COMPANY
P.O. BOX 952481
Saint Louis, MO 63143

Tadeusz Kozlowski
c/o Advanced Precision Mfg Inc.
2301 Estes Avenue
Elk Grove Village, IL 60007

THERMTECH
301 TRAVIS LN
Waukesha, WI 53189

TOTAL FIRE & SAFETY
608 HOBSON VALLEY DR
#105
Woodridge, IL 60517

TRI STATE METAL
220 WEST CHICAGO AVENUE
East Chicago, IN 46312

ULINE
2200 S. LAKESIDE DRIVE
Waukegan, IL 60085

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Advanced Precision Manufacturing, Inc.**                                        Case No.
                                              Debtor(s)                                   Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Advanced Precision Manufacturing, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 23, 2017
Date

_/s/ David K. Welch_
DAVID K. WELCH
Signature of Attorney or Litigant
Counsel for  **Advanced Precision Manufacturing, Inc.**
Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114