IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-18961 |
| Advanced Precision Manufacturing, Inc., *et al.* ) | (Jointly Administered) |
| ) | |
| ) | Hon. Donald R. Cassling |
| Debtors/Debtors-in-Possession. ) | Chapter 11 |

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing **Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection for A.D.K. Arms, Inc.** to be served on all the parties listed on the attached service list via U.S. Mail, properly addressed, postage pre-paid, on the 25th day of August, 2017.

/s/David K. Welch

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Brian P. Welch, Esq. (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705, Chicago, IL 60603

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn St., Suite 873
Chicago, IL 60604

Brian L. Shaw, Esq.
Mark L. Radtke, Esq.
David R. Doyle, Esq.
Shaw Fishman Glantz & Towbin, LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654

Cornelius P. Brown
Amy E. Daleo
Cohon Raizes & Regal LLP
208 S. LaSalle St., Suite 1440
Chicago, IL 60604

Advanced Machining Corp
405 S. Evergreen Ave.
Bensenville, IL 60106

All-Ways Fasteners
1000 Industrial Drive, Unit 2-D
Bensenville, IL 60106

Arrow Crygenics
1671 93rd Lane NE
Minneapolis, MN 55449

Campbell Accounting
5481 N. Milwaukee Ave.
Chicago, IL 60630

Connecticut Spring & Stamping
48 Spring Lane
Farmington, CT 06034

Dadson's Machining Inc.
1055 Touchstone Drive
Hammond, WI 54015

Eton Machine Co., Ltd.
1485 Davis Road, Unit B
Elgin, IL 60123

Landsberg Orora
100 Progress Rd.
Lombard, IL 60148

Midwest Community Bank
510 Park Crest Drive
Freeport, IL 61032

Millenium Manufacturing, Inc.
130 Penn AM Dr., Suite D
Quakertown, PA 18951

Mission First Tactical
411 Caredean Dr., Suite E
Horsham, PA 19044

North Star Coating
6244 Lakeland Ave. North
Suite 108
Brooklyn Park, MN 55428

R Guns
855 Commerce Pkwy
Carpentersville, IL 60110

Surfacetec
471 Podlin Drive
Franklin Park, IL 60131

Tactical Springs LLC
7804 Danz Blvd.
Austin, TX 78724

Tech Nickel Inc
1200 S. Crystal Ave.
Benton Harbor, MI 49022